| | |
|---|---|
| 15329-055 | 15JF |
| Number/Alien Registration Number | #3 |
| FCI Loretto | No Fee/IFP |
| Place of Confinement | No Related |
| PO Box 1000 | Cases |
| Mailing Address | |
| Cresson, PA 16630 | |
| City, State, Zip Code | |

RECEIVED
FEB 10 2025
CLERK, U.S. DISTRICT COURT
FOR THE WESTERN DISTRICT
OF PENNSYLVANIA

(Failure to notify the Court of your change of address may result in dismissal of this action.)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT WESTERN DISTRICT OF PENNSYLVANIA

Eric Martinez
_____
(Full Name of Petitioner)     )
                              )
              Petitioner,     ) Case No. 3:25-cv-43
                              )  (To be supplied by Clerk)
                              )
Colette Peters, Directot, Director - BOP )   Petitioner Under 28 U.S.C. § 2241
Michael Underwood, Warden     )   For a Writ Of Habeas Corpus
(Name of Warden, Jailor or authorized person having )   By a Person In Federal Custody
custody of Petitioner)        )
                              )
              Respondent.     )

PETITION

1. What are you challenging in this petition?
   ☐ Bureau of Prisons sentence calculation or loss of good-time credits
   ☐ Immigration detention
   ☐ Probation, parole or supervised release
   ☒ Other (explain): I am challenging the immediate custodian's execution of sentence as unlawful executive restraint of my liberty without basis in USDC's sentence, duties of the US Attorney General as executor of USDC's sentence, and denial of 5th and 14th Amendment due process.

2. (a) Name and location of the agency or court that made the decision you are challenging: Bureau of Prisons, FCI Loretto, 772 St. Josephs St., Loretto, PA 15940

   (b) Case or opinion number: N/A

   (c) Decision made by the agency or court: Immediate custodian: M. Underwood, Warden, directly and through his staff, has refused to implement the First Step Act (FSA) Earned Time Credits (ETCs) as required by federal law, thereby limiting my access to the Second Chance Act (SCA), thus prejudicing me to serve more time than I am legally required to.

1

      (d) Date of the decision: __n/a__

3.    Did you appeal the decision to a higher agency or court? Yes ☒ No ☐

    If yes, answer the following:

    (a) First appeal: BP-8

        (1) Name of the agency or court: __FCI Loretto; Loretto, PA__

        (2) Date you filed: __11/1/24__

        (3) Opinion or case number: __n/a__

        (4) Result: __FTC's are computer generated__

        (5) Date of result: __11/12/24__

        (6) Issues raised: __See Exhibit 1__

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

    (b) Second appeal: BP-9

        (1) Name of the agency or court: __FCI Loretto; Loretto, PA__

        (2) Date you filed: __11/14/24__

        (3) Opinion or case number: __1219241-F1__

        (4) Result: __FTC's are computer generated__

        (5) Date of result: __11/22/24__

        (6) Issues raised: __See Exhibit 2__

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

    (c) Third appeal: BP-10

        (1) Name of the agency or court: __BOP Regional Office; Philadelphia, PA__

(2) Date you filed: 12/1/24

(3) Opinion or case number: 1219241-R1

(4) Result: No response was ever given

(5) Date of result: n/a

(6) Issues raised: See Exhibit 3

Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.

4. If you did not appeal the decision to a higher agency or court, explain why you did not: n/a

5. Other than the appeals listed above, have you filed any other petitions, applications or motions concerning the issues raised in this petition?
   Yes ☒
   No ☐

If yes, answer the following:

(a) Name of the agency or court: BOP National Office; Washington DC

(b) Date you filed: 1/14/25

(c) Opinion or case number: 1219241

(d) Result: Pending

(e) Date of result: Pending

(f) Issues raised: See Exhibit 4

Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.

6. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

3

CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available administrative remedies on each ground on which you request action by the federal court.

GROUND ONE: The Bureau of Prisons has unilaterally denied the Petitioner the application of his First Step Act earned-time credits. This violates the Petitioner's liberty interest as well as his Fifth and Fourteenth Amendment rights to due process, thus prejudicing him to serve more jail time than required.

(a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim.): See Affidavit

(b) Did you exhaust all available administrative remedies relating to Ground One? Yes ☐ No ☒

(c) If yes, did you present the issue to:
    ☒ The Office of General Counsel
    ☐ The Board of Immigration Appeals
    ☐ The Parole Commission
    ☐ Other: _____

(d) If you did not exhaust all available administrative remedies relating to Ground One, explain why:

4

The Petitioner is presenting to the Court a question of **statutory construct** whereby two parties possess opposing views of the same statute, the FSA in this case. The resolution of a statutory construct does not require administrative remedies. See Goodman v Ortiz, 2020 US Dist LEXIS 153874 (D. NJ, 2020). Furthermore administrative remedies are not required when the process is futile. See Accardi v Shaughnessy, 347 US 260 (1954).

GROUND TWO: n/a

(a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim.):
n/a

(b) Did you exhaust all available administrative remedies relating to Ground Two? Yes ☐ No ☒ n/a

(c) If yes, did you present the issue to:

5

☐ The Office of General Counsel
☐ The Board of Immigration Appeals
☐ The Parole Commission
☐ Other: _____

(d) If you did not exhaust all available administrative remedies relating to Ground Two, explain why: n/a

GROUND THREE: n/a

(a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim.): n/a

(b) Did you exhaust all available administrative remedies relating to Ground Three? Yes ☐ No ☐ n/a

(c) If yes, did you present the issue to:
☐ The Office of General Counsel
☐ The Board of Immigration Appeals
☐ The Parole Commission
☐ Other: _____

(d) If you did not exhaust all available administrative remedies relating to Ground Three, explain why: n/a

GROUND FOUR: n/a

(a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim.): n/a

_____
_____
_____

(b) Did you exhaust all available administrative remedies relating to Ground Four? Yes ☐  No ☐ n/a

(c) If yes, did you present the issue to:
   ☐ The Office of General Counsel
   ☐ The Board of Immigration Appeals
   ☐ The Parole Commission
   ☐ Other: _____

(d) If you did not exhaust all available administrative remedies relating to Ground Four, explain why:
n/a
_____
_____
_____
_____
_____
_____
_____

Please answer these additional questions about this petition:

7.    Are you challenging your conviction or sentence in any of the grounds raised above? Yes ☐  No ☐
(Claims challenging a federal conviction or sentence may only be raised in a motion under 28 U.S.C. § 2255, unless the § 2255 motion is legally inadequate or ineffective.)

If yes, answer the following:

(a)    Have you filed a motion under 28 U.S.C. § 2255? Yes ☐  No ☒

   If yes, answer the following:

   (1) Name of court: __n/a_____

   (2) Case number: ___n/a_____

   (3) Opinion or case number: _n/a_____

   (4) Result: _n/a_____

   (5) Date of result: _n/a_____

(6) Issues raised: __n/a__

Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.

(b) Explain why the remedy under § 2255 is inadequate or ineffective: __I am challenging the execution of my sentence therefore a petition seeking habeas corpus relief pursuant to 28 USC §2241 is the correct path.__

8. If this case concerns immigration removal proceedings, answer the following:

   (a) Date you were taken into immigration custody: _____

   (b) Date of removal or reinstatement order: _____

   (c) Did you file an appeal with the Board of Immigration Appeals? Yes ☐ No ☐

      (1) Date you filed: _____

      (2) Case number: _____

      (3) Result: _____

      (4) Date of result: _____

      (5) Issues raised: _____

      Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.

   (d) Did you file an appeal with the federal court of appeals?
   Yes ☐ No ☒

      (1) Name of the court: __n/a__

      (2) Date you filed: __n/a__

      (3) Case number: __n/a__

      (4) Result: __n/a__

(5) Date of result: _____

(6) Issues raised: _____

_____

_____

Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.

9.  Petitioner asks that the Court grant the following relief: The Petitioner is asking the Honorable Court to ORDER Respondents to show cause within 30 days as to why his earned-time credits should not be credited and applied.

_____

_____

or any other relief to which Petitioner may be entitled. (Money damages are not available in habeas corpus cases.)

I declare under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on _____ (month, day, year).

_____
Signature of Petitioner
Eric Martinez

___n/a_____         ___n/a_____
Signature of attorney, if any                     Date

10